

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-15-00156-CV |
| § | |
| IN THE INTEREST § | Appeal from the |
| § | |
| OF M.M., J.M., AND D.M., § | 65th District Court |
| § | |
| CHILDREN. § | of El Paso County, Texas |
| § | |
| § | (TC# 2015DCM1574) |
| § | |

**MEMORANDUM OPINION**

J.M. filed a pro se notice of appeal seeking to challenge the outcome of the most recent hearing in the trial court related to his parental rights. Finding that there is no final judgment or appealable order, we dismiss the appeal for lack of jurisdiction.

It is well settled that appellate courts have jurisdiction over final judgments and interlocutory orders made appealable by statute. *Lehmann v. Har-Con Corporation*, 39 S.W.3d 191, 195 (Tex. 2001); TEX.CIV.PRAC. & REM.CODE ANN. § 51.014 (West 2015)(authorizing appeals from certain interlocutory orders). A final judgment is one that disposes of all pending parties and claims. *See Lehmann*, 39 S.W.3d at 195.

The notice of appeal states that Appellant wishes to appeal the decision regarding his parental rights, but the docketing certificate filed by the El Paso County District Clerk reflects that no final judgment or appealable order has been entered in the case. On April 30, 2015, the Court sent a letter to Appellant notifying him that it appears there is no final judgment or order,

and therefore, the Court does not have jurisdiction of the appeal. The letter further advised Appellant that the appeal would be dismissed unless he filed a response within ten days showing that there are grounds for continuing the appeal. *See* TEX.R.APP.P. 42.3. Appellant filed a response but it does not address the issue of jurisdiction. Accordingly, we dismiss the appeal for want of jurisdiction.

STEVEN L. HUGHES, Justice

May 22, 2015

Before McClure, C.J., Rodriguez, and Hughes, JJ.